**James G. HEVERLY, Appellant,**

v.

**William R. DOHERTY, M.D., et al., Respondents.**

**No. WD 35155.**

Missouri Court of Appeals, Western District.

Jan. 2, 1985.

William Lopez, Kansas City, for appellant.

B.W. Jacob, Bagby, Jacob & Iliff, Kansas City, for respondents.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from order sustaining motion for summary judgment.

Judgment affirmed. Rule 84.16(b).

All concur.